# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., ) <br> CUSTOMER DATA BREACH ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 3:20-mn-02972-JMC <br><br> MDL No. 2972 <br><br><br> **SCHEDULING ORDER PURSUANT TO CASE MANAGEMENT ORDER NO. 4** |

THIS DOCUMENT RELATES TO:  ALL ACTIONS

In Case Management Order No. 4, the court stated that it "expects the Consolidated Complaint and dismissal motion practice limited to the areas of jurisdiction, standing, forum selection, and other procedural grounds to proceed according to the following schedule:"

| Event | Filing Deadline |
|---|---|
| Consolidated Complaint | 45 days after Lead Counsel appointed |
| Answer or Rule 12(b) Motion(s) on Jurisdiction, Standing, Forum Selection, or Other Procedural Grounds | 30 days after Consolidated Complaint filed |
| Plaintiffs' Opposition(s) | 30 days after Rule 12(b) Motion(s) filed |
| Defendant's Reply | 21 days after Plaintiffs' Opposition(s) filed |

ECF No. 23.  Lead Counsel was appointed on February 16, 2021.  *See* ECF No. 35.  The Court now enters this order to verify the filing deadline dates contemplated above as follows:

| Event | Filing Deadline |
|---|---|
| Consolidated Complaint | April 2, 2021 |
| Answer or Rule 12(b) Motion(s) on Jurisdiction, Standing, Forum Selection, or Other Procedural Grounds | May 3, 2021 |
| Plaintiffs' Opposition(s) | June 2, 2021 |
| Defendant's Reply | June 23, 2021 |

1

...

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

March 26, 2021
Columbia, South Carolina