# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

|  |  |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA BREACH LITIGATION | Case No.: 3:20-mn-02972-JMC<br><br>MDL No. 2972<br><br>**CASE MANAGEMENT ORDER NO. 7A (FORENSIC REPORT PRODUCTION)** |

THIS DOCUMENT RELATES TO: ALL ACTIONS

Before the court is an issue that arose during the recent March 19, 2021 Status Conference Hearing regarding the timeliness of disclosing the forensic report, which Defendant has in its possession. (*See* ECF Nos. 52, 53 at 1-2.) During the hearing, Defendant agreed to produce the forensic report but insisted it should not be provided until a later date, particularly until after Plaintiffs filed the consolidated complaint. The court heard arguments from the parties on this matter. After consideration, the court **ORDERS** that Defendant shall produce to Plaintiffs the forensic report at issue within twenty-four (24) hours of the entry of this Order.[1]

---

[1] The court observes that other courts handling cases involving multi-district litigation have ordered the production of discovery before a consolidated complaint was filed. *See In re: Marriott Int'l Customer Data Security Breach Litig.*, No. 19-md-2879, ECF No. 279 at 5 (D. Md. 2019); *In re: Wawa, Inc. Data Breach Litig.*, No. 2:19-cv-06019-GEKP, ECF No. 119 at 5-6 (E.D. Pa. 2020); *In re Qualcomm Antitrust Litig.*, No. 17-md-02773-LHK, ECF No. 36 at 1-2 (N.D. Cal. 2017); *In re Toyota Motor Corp. Unintended Acceleration Mktg., Sales, Practices, and Prods. Liab. Litig.*, No. 8:10-ml-012151, ECF No. 180 at 2 (C.D. Cal. 2010); *In re Volkswagen*, No. 15-md-02672, ECF No. 1252 at 3 (N.D. Cal. 2016).

2

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

March 26, 2021
Columbia, South Carolina