**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

|  |  |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA BREACH LITIGATION | Case No.: 3:20-mn-02972-JMC<br><br>MDL No. 2972<br><br>**CASE MANAGEMENT ORDER NO. 10**<br>**(SUMMARY OF CASE MANAGEMENT**<br>**CONFERENCE NO. 5)** |

THIS DOCUMENT RELATES TO: ALL ACTIONS

On July 20, 2021, the court held a brief case management conference after the hearing on Defendant Blackbaud, Inc.'s ("Blackbaud") Motion to Dismiss Select Statutory Claims (ECF No. 110). The court addressed the following issues during the conference:

1. **TAG-ALONG ACTIONS**

After the last case management conference, the Judicial Panel on Multidistrict Litigation ("JPML") transferred two (2) cases with non-Blackbaud defendants into this multidistrict litigation, *Mesa et. al. v. Enloe Medical Center* (E.D. Cal., No. 2:20-cv-2483) and *Jobe v. Community Medical Centers* (E.D. Cal., No. 2:20-cv-02500). The JPML is still considering the challenge to the transfer of *Doe v. Rady Children's Hospital-San Diego et al.* (S.D. Cal., No. 3:21-cv-00114).

2. **CASE SCHEDULE**

The parties discussed their proposed case schedules. (*See* ECF Nos. 131, 132.) Plaintiffs request a revised scheduling order that prioritizes class certification, sets a trial date, and does not entail multiple phases of expert discovery. In contrast, Blackbaud asks the court to issue a new scheduling order after the parties complete Phase I discovery and the court issues decisions on

1

Blackbaud's Motion to Dismiss Certain Statutory Claims (ECF No. 110) and Motion to Dismiss Select Common Law Claims (ECF No. 124). If the court is inclined to issue a new scheduling order, Blackbaud requests that the court schedule phased motions for summary judgment before class certification. The court takes the parties' arguments under advisement and will enter a case management order specifying how the litigation will proceed in due time.

The parties also informed the court that Phase I discovery is ongoing despite their dispute over the scope of the phase. They assured the court that they would focus their discovery efforts on information that would facilitate a meaningful mediation on October 6, 2021.

3. **SCHEDULING**

The court will hold a hearing on Blackbaud's Motion to Dismiss Specific Common Law Claims (ECF No. 124) and Case Management Conference No. 6 on September 2, 2021 in Courtroom 3.

The court expects to proceed according to the following schedule on September 2, 2021:

- 9:30 a.m.: Blackbaud's Argument
- 10:15 a.m.: Plaintiffs' Response
- 11:00 a.m.: Blackbaud's Reply
- 11:15 a.m.: Break
- 11:30 a.m.: Final Questions from the Court
- 11:45 a.m.: Case Management Conference

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

July 21, 2021
Columbia, South Carolina